UNITED STATE DISTRICT COURT
for the
Western District of Michigan

FILED - GR
July 17, 2018 11:18 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__ns__  SCANNED BY

| | |
|---|---|
| MALIBU MEDIA, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-CV-00120 |
| v. | ) |
| | ) Honorable Robert J. Jonker |
| JEFF VOS | ) |
| | ) |
| (Alleged) Defendant. | ) |

By Jeffrey Scott Vos:

Party in interest and intervener on behalf of jeffrey scott vos, a free, living man and beneficiary of the public trust created by the preamble to Constitution for these united (E) states of America.

### (Alleged) Defendant's <u>Amended</u> Response in the Nature of a Notice of Abatement, Subrogation and Counter Claim

NOW COMES, Jeffrey Scott Vos, a natural living man (*see attached Birth Certificate*) appearing specially, and NOT generally, to Notice the above captioned court of fraud upon the court by Plaintiff, MALIBU MEDIA LLC, creating the illusion that the alleged Defendant is in fact a corporate person devoid of any of his natural, common, inherent and unalienable Constitutionally protected and secured rights *pursuant to the preamble and the first ten Amendments*; and, that I, the man, Defendant have never incorporated my birth name in order to act as an agent for the above captioned corporation (JEFF VOS), and I may intervene in any and all actions in my own proper person or otherwise, see paragraphs one, two, three and (in particular) the last sentence of paragraph four, my right to litigate Sui Juris (*Liber 1725, Pages 802, 3 &4 attached*).

That MALIBU MEDIA LLC failed to state a verified claim upon which a judgment can be rendered lacking any substantiated basis and by NOT filing a sworn Affidavit stating a true factual basis upon which their complaint is allegedly based (certified copy of this Amended response mailed to Plaintiff this day).

Please take note, that the use of the artifice and trade name of a public and commercial nature, JEFF VOS, within the said case filing constitutes civil and criminal trespass, and trespass on a case that, among other things, denies me remedy.

Hence, I hereby assess and place a charge of one million (1,000,000) dollars in gold or silver coin for each alleged infringement and each unauthorized use of the nomenclature and sound of the unpatentable name of my living soul against anyone participating in this action (aggregate acts of multiple tort-feasors).

To avoid liability and the incurring of the assessed debt, I demand that Malibu Media, LLC come forth with one of the following:

(1) a contract authorizing the use of my name and its sound, by sale, license, lease, assignment or transfer of patent rights, with proof of contract founded upon consideration; or,

(2) decrees and commissions from the courts, both sending and receiving, with delegations of authority for the use of such artifice and trade name; or,

(3) full disclosure of the territorial scope of letter patent as evidenced by the certificate issued to you, warranting the use of such artifices and factitious (fictitious) substitutions without notice and service to all interested parties. I demand full disclosure of information that you (Plaintiff's Attorneys) are duty-bound to provide under federal, state, municipal code, rules of civil procedure and the truth and honor code of your oath of admissions into the Michigan bar association, and for which your failure to provide such can result in disbarment and summary process for direct contempt.

Take note that I have not authorized any representative nexus to said artifice and myself, and I declare that no representative nexus or privity with myself and said artifice exists.

I have neither consented to be a registered agent for service, nor is there any documented proof of my acceptance of such office for any alleged substituted or constructive service of process upon said artifice alleged to be the defendant.

I hereby give notice that any attempt by MALIBU MEDIA LLC, by its attorney, to substitute parties and obtain judgments in the name of another, neither giving consent, nor having nexus privity with the named parties, or to purport authority to do so without setting forth a commission, warrant or (letter) patents and disclosing the court that holds such records of open, public proceedings, constitutes a fraud upon the law, mere simulation of legal process, and an actionable tort by trespass.

I hereby give notice that MALIBU MEDIA LLC, by its attorney, has failed to disclose the scope and boundaries of the certificate issued him to practice law as evidence of a patent, and I

reserve the right to test the validity of the attorney's certificate for use of unfair and deceptive trade practices, use of fictions and artifices and factitious substitutions to work injuries, and use of combinations of patents contrary to anti-trust law when used to fraudulently [pro]cure the appearance of consent from me indirectly when consent is unattainable by direct means, to gain an unjust and unconscionable advantage over me, and to prejudice my private, common, inherent and unalienable Constitutionally secured (and court protected?) rights.

Wherefore, I hereby give notice that, I do not consent to be the receiving agent, or to be substituted for the artifice JEFF VOS that has been alleged to be the defendant in said case.

*Notice to agent is notice to principal; Notice to principal is notice to agent.*

As a natural living man, and the beneficiary of the civil government created person (the all caps man), I have the authority to demand the **subrogation** and settlement of all bonds and/or benefits to me, and that the court offset and discharge the above captioned matter including an order for the Plaintiff to pay the amount claimed plus ten times the amount claimed in damages to me, beneficiary of the alleged Defendant in the matter.

### Bond

As a principle party beneficiary of the preamble to the Constitution, I hereby authorize the payment of sufficient amounts in dollars from my credit/estate held in trust for the expansion of the public commonwealth to pay all valid claims in this matter, including but not limited to administration fees, damages, and my recoupment by Subrogation. My TIN is <u>381786881</u>.

Without Prejudice, by the natural, living man, jeffrey scott vos, by and through my proper name, Jeffrey Scott Vos, holder of the estate for the benefit of me, the natural living man.

Dated: <u>July 17, 2018</u>.

_____
Jeffrey Scott Vos

Page Three