# 1

# CERTIFICATE OF LIVE BIRTH

MICHIGAN DEPARTMENT OF PUBLIC HEALTH
Vital Records Section

BIRTH No. 121 —

Local File No. 534

**1. PLACE OF BIRTH**
a. COUNTY: Ottawa
b. CITY OR VILLAGE: Holland, Michigan
c. FULL NAME OF HOSPITAL OR INSTITUTION: Holland City Hospital

**2. USUAL RESIDENCE OF MOTHER**
a. STATE: Michigan
b. COUNTY: Ottawa
c. TOWNSHIP, CITY OR VILLAGE: Holland City
d. Is Residence within limits of a city or incorporated village: Yes ☒ No ☐
e. MAILING ADDRESS: 434 Harrison Avenue

**3. CHILD'S NAME**
a. (First): Jeffrey
b. (Middle): Scott
c. (Last): Vos

**4. SEX:** Male
**5a. THIS BIRTH:** Single ☒ Twin ☐ Triplet ☐
**5b. IF TWIN OR TRIPLET:** 1st ☐ 2nd ☐ 3rd ☐
**6. DATE OF BIRTH:** November 15, 1966

## FATHER OF CHILD

**7. FULL NAME**
a. (First): Kenneth
b. (Middle): Eugene
c. (Last): Vos
**8. COLOR OR RACE:** White
**9. AGE (At time of this birth):** 24 YEARS
**10. BIRTHPLACE:** Holland, Michigan
**11a. USUAL OCCUPATION:** Co-owner
**11b. KIND OF BUSINESS OR INDUSTRY:** Sporting Goods Store

## MOTHER OF CHILD

**12. FULL MAIDEN NAME**
a. (First): Joan
b. (Middle): Mary
c. (Last): Van Hoven
**13. COLOR OR RACE:** White
**14. AGE (At time of this birth):** 24 YEARS
**15. BIRTHPLACE:** Zeeland, Michigan
**16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child)**
a. How many OTHER children are now living? None
b. How many OTHER children were born alive but are now dead? None
c. How many children were stillborn (born dead after 20 weeks pregnancy)? None

**17. INFORMANT'S NAME:** Mrs. Kenneth Vos

**18a. SIGNATURE:** Donald De Witt, M.D.
**18b. ATTENDANT AT BIRTH:** M.D. ☒ D.O. ☐ Midwife ☐ Other ☐
**18c. ADDRESS:** Holland, Michigan
**18d. DATE SIGNED:** November 17, 1966

**19. DATE RECEIVED BY LOCAL REGISTRAR:** November 23, 1966
**20. REGISTRAR'S SIGNATURE:** HARRIS NIEUSMA

STATE OF MICHIGAN
COUNTY OF OTTAWA



DANIEL C. KRUEGER
COUNTY CLERK

I DANIEL C. KRUEGER, Clerk of the Circuit Court of Ottawa County do hereby certify that this document is a true copy of the record now on file in the office of the Clerk of said County and Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at the city of Grand Haven and said County this 13th day of Aug AD-20 09

By _____
Deputy County Clerk

LIBER 1725 PAGE 802

RECORDING REQUESTED AND
DOCUMENT PREPARED BY:
Jeffrey Scott Vos
c/o 320 West 30th Str.
Holland, Michigan
P.O. I.D. = 49423

WHEN RECORDED PLEASE FOR-
WARD TO THE ADDRESS ABOVE:

RECORDED

93 JUN 10 AM 10: 55

REGISTER OF DEEDS
OTTAWA COUNTY, MI
(This space for Recorder's Office)

---

### PRESENTATION OF
### "ASSEVERATION OF STATUS AND REVOCATION OF ANY AND ALL STATE (GOVERNMENTAL) ASSUMED AND PRESUMED POWER(S) OF ATTORNEY"

TO WHOM IT MAY CONCERN:

   I, Jeffrey Scott Vos, on my own behalf and **WITHOUT PREJUDICE** to my **INALIENABLE** and **INDIVISIBLE RIGHT** given me by my Creator to choose my own destiny, as natural free born white male, an inhabitant living within the boundaries of a place known as Michigan State, in the continental united States of America, do hereby assert and state as follows:

   1. That the attached Document, entitled **"ASSEVERATION OF STATUS AND REVOCATION OF ANY AND ALL STATE (GOVERNMENTAL) ASSUMED AND PRESUMED POWER(S) OF ATTORNEY"** is presented herein, as my true and sincere desire to assert and claim my Fundamental, Inalienable Right to be left alone.

   2. That I do this freely and without knowledge of any outside coercion or threat of force of any kind to myself or to those near and dear to me. Therefore, the above mentioned document stands as **COMMON** and **CONSTRUCTIVE NOTICE** of my absolute and inalienable right **NOT TO CONTRACT**, as well as, my absolute and inalienable **RIGHT TO CONTRACT**.

Witness my hand, this ___9th___ day of ___JUNE___, 1993.

_Jeffrey Scott Vos_
With explicit Reservation of all Right
Jeffrey Scott Vos

200-390-760-876

Michigan State  )
                ) ss:
Ottawa County   )

Subscribed and asserted to before me, a Notary Public, this _9th_ day of _June_, 1993

_signature_
NOTARY PUBLIC

YVONNE DOS
Notary Public, Ottawa County, Michigan

My Commission Expires: _____

RECORDING REQUESTED AND
DOCUMENT PREPARED BY:
Jeffrey Scott Vos
c/o 320 West 30th Str.
Holland, Michigan
P.O. I.D. = 49423

LIBER 1725 PAGE 803

WHEN RECORDED PLEASE FOR-
WARD TO THE ADDRESS ABOVE:                                    (This space for Recorder's Office)

---

### ASSEVERATION OF STATUS AND REVOCATION OF ANY AND ALL
### STATE (GOVERNMENTAL) ASSUMED AND PRESUMED POWER(S) OF ATTORNEY

**TO WHOM IT MAY CONCERN:**

I, Jeffrey Scott Vos, a natural free born white man in a place known as Michigan State, in the continental united States of America, a non-domestic transient/inhabitant living within the boundaries of Michigan State, WITHOUT PREJUDICE to my INALIENABLE and INDIVISIBLE RIGHT given me by my Creator to choose my own destiny. A NON-RESIDENT and ALIEN TO, NOT a RESIDENT OF any governmental fiction, such as but not limited to, the District of Columbia, any possession, enclave, fort, etc., or any subdivision thereof, nor am I a "CITIZEN OF" any of the above mentioned entities, do hereby assert and state as follows:

1. That as the above described sovereign, I have NOT knowingly, voluntarily and intentionally given my allegiance, contractual consent and/or power(s) of attorney, to any group, fiction or political entity; and that I, nunc pro tunc, REVOKE, RESCIND and make VOID in ab initio, all ASSUMED AND PRESUMED POWER(S) OF ATTORNEY, in fact, implied in law or otherwise, with or without my consent or knowledge, as they might allegedly pertain to any and all of my signatures on any and all licenses, permits, registrations, presentments and/or other documents; including but not limited to the former Social Security number 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, birth certificate, drivers license, marriage license and any bank signature cards. And, if through necessity, I receive any benefits, privileges and or opportunities, it is WITHOUT PREJUDICE and with SPECIFIC RESERVATION of ALL RIGHT. Therefore, I disavow in ab initio, as having ever existed in fact, as any colorable person known by my appellation, and that any assumed and presumed colorable interest in any such alleged fiction is herein denied, and declared to be deceased, extinguished, terminated and forever civilly dead.

2. That when I signed the application with, for and participation in the Federal Insurance Contributions Act, agents of the respective legal fiction by ACTUAL and CONSTRUCTIVE FRAUD did conceal and hide the true nature of that Act. That the true and intended consequence of my signing (the loss of ORIGINAL STATUS and that of becoming an ALLEGED SUBJECT as determined by ARTICLE I, SECT. 8, CLAUSES 3, 17 and the 14TH AMENDMENT) was NOT fully disclosed; and, Congress, having ceased to "PAY" its' debts in Law, has further denied me the right to redress and recourse under the Law and cannot hold me liable for return specific performance under colorable statutes. Therefore, any condition of alleged colorable corporate state slavery and involuntary bankruptcy, which might be conferred upon me, was perpetuated and fraudulently imposed by corporate united States and corporate Michigan state. That I have a true and right reason to revoke all alleged transfer of allegiance, contractual consent and assumed and presumed power(s) of attorney, as all legal fictions are barred under the doctrine of estoppel from compelling my continued participation in said fraudulent scheme of venal and corrupt colorable agents of state.

3. That as an INDIVIDUAL SOVEREIGN and MY OWN PRINCIPAL, I HAVE and CLAIM FULL POWER to LIVE, OWN, BUY, SELL, DEFEND and CONTRACT WITHOUT PREJUDICE unincumbered by any hidden or implied agreement(s) and their attendant STATUTES, RULES and/or REGULATIONS (commercial or otherwise), and REJECT any claim to the contrary. Therefore, I am NOT "SUBJECT TO THE JURISDICTION THEREOF" or any NATURE of colorable law jurisdiction.

LIBER **1725** PAGE **804**

RECORDING REQUESTED AND
DOCUMENT PREPARED BY:
Jeffrey Scott Vos
c/o 320 West 30th Str.
Holland, Michigan
P.O. I.D. = 49423

WHEN RECORDED PLEASE FOR-
WARD TO THE ADDRESS ABOVE:                                            (This space for Recorder's Office)

---

4. That I have my own permission and full power to do all things right including but NOT limited to the following. That I have my own permission and full power to own LAND in ALLODIAL FREEHOLD and ALL that I may place upon it without restriction or harassment by any FICTION alleging assumed and presumed power(s) of attorney. That I have my own permission and full power to LABOR freely and to possess the fruits of that labor without restriction or harassment by any FICTION alleging assumed and presumed power(s) of attorney. That I have my own permission and full power to LOCOMOTION, to travel from place to place in whatever mode of conveyance I choose without restriction or harassment by any FICTION alleging assumed and presumed power(s) of attorney. That I have my own permission and full power to be LIABLE to defend myself and those near and dear to me by whatever means I desire and that I may BUY, SELL and CARRY, CONCEALED or otherwise, any and all means of protection to include but not limited to any and all firearms, knives, etc., without restriction or harassment by any FICTION alleging assumed and presumed power(s) of attorney. That I have my own permission and full power to LITIGATE all claims, both my own and others, SUI JURIS, without restriction or harassment by any FICTION alleging assumed and presumed power(s) of attorney. Therefore, I am under the Law self governing and a FREE MAN.

The foregoing is true to the best of my knowledge, understanding and belief. Furthermore, asseverant sayeth not.

Witness my hand, this _9th_ day of _June_ , 1993.

With explicit Reservation of all Right
Jeffrey Scott Vos

Michigan State   )
                 ) ss:
Ottawa County    )

WE THE UNDERSIGNED, WITNESS THIS DAY THAT THE ONE KNOWN TO US BY THE ABOVE APPELLATION DID HIMSELF COME BEFORE US AND UPON ASSEVERATION, EXECUTE AND PLACE HIS/HER SIGNATURE ABOVE HERETO.

Date: 6-9-93   Name: _without Prejudice_ James Napier Jr.   Address: c/o 634 Hazelbank Rd Holland Michigan

Date: 6-9-93   Name: Eric Nacke   Address: 73 E. 8th Holland MI 49423

Page 3 of 3