UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MALIBU MEDIA, LLC,

       Plaintiff,

                                                       CASE NO. 1:18-CV-120

v.

                                                    HON. ROBERT J. JONKER

JEFFREY SCOTT VOS,

       Defendant.
_____/


## ORDER

       Plaintiff voluntarily dismissed the above action on July 19, 2018 (ECF No. 22).  As such,

Defendant's motion to dismiss (ECF No. 25) is **dismissed as moot**.


Date:   August 13, 2018           /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   CHIEF UNITED STATES DISTRICT JUDGE