UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,
    Counter-Defendant,

CASE NO. 1:18-CV-120

v.

HON. ROBERT J. JONKER

JEFFREY SCOTT VOS,

    Defendant,
    Counter-Claimant.
_____/

## **ORDER**

Plaintiff voluntarily dismissed this case on July 19, 2018, before the pro se filed a valid pleading or motion for summary judgment. Under Rule 41(a)(1), the Plaintiff's notice was sufficient to close the case, and Plaintiff had an unqualified right to do so.

After Plaintiff's voluntary dismissal, Defendant filed a motion to dismiss, which this Court dismissed as moot. Defendant has now filed a "Notice of Summary Judgment," which purports to seek summary judgment against Plaintiff on a purported counterclaim that the Court has already ruled was never properly filed. There is no basis for relief and the "Notice of Summary Judgment" (ECF No. 30) is **REJECTED**.

This case is over, and has been since July 19, 2018. If either party wants to bring a lawsuit against the other party, such party is welcome to file a new lawsuit in an appropriate forum. There is no basis for continued litigation within the confines of this case.

Dated:    September 7, 2018       /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE