UNITED STATE DISTRICT COURT
for the
Western District of Michigan

FILED - GR
September 24, 2018 2:33 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _mkc_   SCANNED BY: /wl 9/25/18

| | |
|---|---|
| **MALIBU MEDIA, LLC** ) | |
| ) | |
| Plaintiff / & ) | |
| **Counter Defendant,** ) | |
| ) | Civil Action Case No. 1:18-CV-00120 |
| v. ) | |
| ) | Honorable Robert J. Jonker |
| **JEFFREY SCOTT VOS** ) | |
| ) | |
| Alleged Defendant / & ) | |
| **Counter Plaintiff.** ) | |
| ) | |

By Jeffrey Scott Vos:

Party in interest and intervener acting Without Prejudice on behalf of jeffrey scott vos, a free, UNINCORPORATED MAN, see Affidavit ECF no. 25-1, p. 127, and beneficiary of the public trust created by the preamble to the Constitution for these united States of America.

## SECOND NOTICE OF SUMMARY JUDGMENT TO CORRECT THE COURT'S PREVIOUS ORDERS AS MOOT FOR FAILURE TO ADDRESS THE STANDING STIPULATION FOR SUBROGATION, SETTLEMENT AND COUNTER CLAIM.

NOW COMES, jeffrey scott vos, by and through the agency of the above mentioned Jeffrey Scott Vos, who has always appeared specially (Sui Juris), and NOT generally, to NOTICE the above court and the Honorable Robert J. Jonker of the facts as relating to this Alleged Defendants assertion of the right to Summary Judgment of my Subrogation, Settlement and Counter Claim. As from the very first filing I have asserted my right to function sui juris, and asserted my Counter Claim as Plaintiff, and did so under Rule 12(b) by declaration, as opposed to a mere motion such as Malibu Media has used to move the court for the discharge of it's obligations to Subrogation and Settlement, including my Counter Claim, which was asserted in my July 2, 2018 answer. A claim made 17 days **PRIOR** to Malibu Media's announcing that it was voluntarily requesting a dismissal. And in so doing, Malibu Media, LLC, moved this court in a manner that it hoped would avoid paying this Counter Plaintiff my just dues. As only a living man can move the court by declaration, whereas a corporation cannot merely declare that it no longer wishes to play in the venue it originally chose.

Malibu Media used this court to make a false claim against me, a natural, living man. And, I responded in my original pleading, substantially under Rule 12(b)(2), declaring by AFFIDAVIT and a prior public NOTICE filed more than twenty (20) years ago in the Ottawa county Recorders office that I had a natural, inherent, common and unalienable right to act, sui juris, on my own behalf by declaration and without the need in this instance to proceed by motion. And, I did so, clearly expressing my desire for Subrogation, Settlement and Counter Claim in my timely filed first response. Whereas, Malibu Media, LLC clearly failed to respond to my Counter Claim and demand for Subrogation and Settlement of the matter within the 20 day period allowed in Rule 12, which clearly applies to Malibu Media a private for profit corporation.

**THEREFORE**, this court failed to apply the Rules equally and fairly concerning this Counter Plaintiff vs. Malibu Media, LLC, prejudicing me, the substantive, natural man in favor of a dead entity that has filed literally thousands of similar cases. Cases, which have generated large monetary windfalls for the federal courts across this nation. Hence, this court should demand that Malibu Media respond to this Counter Plaintiff's demands for Summary Judgement by telling this federal district court why it failed to respond to this Counter Plaintiff's original Counter Claim within the 20 day time limit; and why the district court should not grant this Counter Plaintiff summary judgement and order that Malibu Media pay the damages requested, plus the punitive damages along with the requested Subrogation and final Settlement of same.

### THE SUBROGATION, SETTLEMENT AND COUNTER CLAIM

**FURTHERMORE**, this Alleged Defendant, by and through Jeffrey Scott Vos, directs the herein corporate United States District Court to enter Summary Judgment and ORDER the Counter Defendant, Malibu Media, LLC, to make a full accounting regarding the amounts collected from all such similar suits filed in the past 10 years. And, further, that the court ORDER Malibu Media, LLC to pay this Alleged Defendant and now Counter Plaintiff, Jeffrey Scott Vos, the reduced amount of One Million United States Dollars ($1,000,000.00), plus a triple punitive amount of Three Million United States Dollars ($3,000,000.00), plus costs, including but not limited to my Right to the Subrogation and Settlement of all bonds, benefits, promises, etc. created in this matter regarding the above captioned action.

Dated: September 24, 2018.

By: _Jeffrey Scott Vos_, Without Prejudice.