UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

CASE NO. 1:18-CV-120

v.

HON. ROBERT J. JONKER

JEFFREY SCOTT VOS,

    Defendant.
_____/

## **ORDER**

The defendant has filed a Second Notice of Summary Judgment (ECF No. 35), which this Court will construe as a motion for reconsideration of its orders entered August 13, 2018 (ECF No. 28) and September 7, 2018 (ECF No. 33).

Defendant having raised no new issues not already considered by this Court, and having failed to convince the Court that its prior ruling was erroneous, the Court hereby **DENIES** defendant's motion for reconsideration and reaffirms its previous orders.

Date:   September 25, 2018

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE