UNITED STATE DISTRICT COURT
for the
**Western District of Michigan**

**FILED - GR**
October 11, 2018 3:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _mkc    SCANNED BY

| | |
|---|---|
| **Jeffrey Scott Vos** ) | |
| ) | |
| Counter Plaintiff, ) | |
| ) | Civil Action Case No. 1:18-CV-00120 |
| v. ) | |
| ) | Honorable Robert J. Jonker |
| **MALIBU MEDIA, LLC** ) | |
| ) | |
| Counter Defendant. ) | |
| ) | |

By Jeffrey Scott Vos:

Party in Interest and Intervener acting Without Prejudice on behalf of jeffrey scott vos, a free, UNINCORPORATED MAN, see Affidavit ECF no. 25-1, p. 127, and beneficiary of the public trust created by the Preamble to the Constitution for these united States of America.

## NOTICE OF ROBERT J. JONKER'S FIDUCIARY DUTY
## TO COUNTER PLAINTIFF AS PROTECTOR OF MY SUMMARY
## JUDGMENT, SUBROGATION, SETTLEMENT & COUNTR CLAIM

NOW COMES, jeffrey scott vos, by and through the agency of the above mentioned Jeffrey Scott Vos, who has always appeared specially (Sui Juris), and NOT generally, to NOTICE the above court and the Honorable Robert J. Jonker of his fiduciary duty relating to the above mentioned federal matter. In that matter, I, jeffrey scott vos, was alleged to be a corporate Defendant, but entered the matter in and by my natural status as a living man. And thus, making me the Plaintiff dejure under the Constitution for the united States of America. And, by the act of a voluntary dismissal, the original corporate Plaintiff, Malibu Media, LLC, abandoned any right to recover regarding their alleged assertion of copyright infringement. Hence, my right to Summary Judgment including my claim to Subrogation, Settlement and my Counter Claim remains to be adjudicated.

As from the very first paper I presented in the above titled matter, I have asserted my right to function sui juris, and asserted my Counter Claim as the Plaintiff in chief. And, I did so by Declaration which substantially conformed to Rule 12(b), as opposed to a mere motion such

as Malibu Media has used to move the court in order to avoid and discharge it's obligations to this Counter Plaintiff including the Subrogation, Settlement and my Counter Claim. A claim, which was asserted in my July 2, 2018 reply. A claim made 17 days **PRIOR** to Malibu Media's having announced that it was "requesting" a voluntarily dismissal. And in so doing, Malibu Media, LLC, moved this court in a manner in which it hoped it would avoid judgment and having to pay this Counter Plaintiff that which is due.

**CONCLUSIONS**: One, being that Malibu Media, LLC, has acquiesced to Counter Plaintiff's claim, having failed to respond to that claim within 21 days. And Two, that the federal court has failed to take off the black corporate robe in this matter and function under the courts Oath of Office as fiduciary to the remaining Counter Plaintiff, Jeffrey Scott Vos. And Third, the federal court has further continued to trespass on Counter Plaintiff's right to collect damages from Malibu Media, LLC, by issuing sham Orders that violate the remaining Counter Plaintiff's Constitutionally Protected Right to recover.

And, if fiduciary Robert J. Jonkers continues to trespass on my lawful right to collect damages, then he places himself and the above captioned court in the position of debtor to this Counter Plaintiff. And, the above captioned court is NOTICED to NOT trespass on my Lawful process, as the one true, substantive and Constitutional (non-corporate) court.

**THEREFORE**, this Counter Plaintiff, by and through Jeffrey Scott Vos, directs the herein corporate United States District Court to enter Summary Judgment for this Counter Plaintiff and ORDER the Counter Defendant, Malibu Media, LLC, to make a full accounting regarding the amounts collected from all such similar suits filed in the past 10 years. And, further, that Robert J. Jonker, acting as my fiduciary and an administrator for the federal corporation, immediately ORDER Malibu Media, LLC, to pay Counter Plaintiff, Jeffrey Scott Vos, the previously requested amount of Four Million United States Dollars ($4,000,000.00), plus costs, including but not limited to my Right to the Subrogation and Settlement of all bonds, benefits, promises, etc., created in this matter regarding the above captioned action.

Dated: *October 11, 2018*,

By: Jeffrey Scott Vos, Without Prejudice.

Page Two